UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  23-09365 |
| Rowena D Naelgas | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING DISBURSEMENT OF FUNDS

This cause coming to be heard on Motion of the Debtor for entry of an Order authorizing disbursement of funds; IT IS ORDERED:

The motion is GRANTED as follows:

1. State Farm Insurance Company is authorized to disburse the insurance funds of $4,578.15 to the lien holder, American Honda Finance Corporation and $14,379.14 to the Debtor.

2. No objection to the motion having been lodged within the time required by Local Rule 9013-1F, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  March 07, 2024

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600